2008R00576/ewm                                                CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | Criminal Number 08-740 |
| CORTNIE SPENCER | : | ORDER FOR DISMISSAL |

Under Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the Acting United States Attorney for the District of New Jersey hereby dismisses Indictment No. 08-cr-740, which Indictment was filed on October 2, 2008, charging a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.

This dismissal is without prejudice.

Ralph J. Marra, Jr.
Acting United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

HON. DENNIS M. CAVANAUGH
United States District Judge

Date: 8/4/09